**FILED** WD/WI EAU CLAIRE

| PROB 22 (Rev. 02/88) | 08CR 365 | MAY - 7 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | DOCKET NUMBER (Tran. Court) 03-CR-075-S-01 |
|---|---|---|---|
| | TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JUDGE ANDERSEN<br>Travis Nadelhoffer<br>RECEIVED APR 24 2008<br>U.S. PROBATION OFFICE CHICAGO, ILLINOIS<br><br>MAGISTRATE JUDGE DENLOW | Western Wisconsin | Madison |
| | NAME OF SENTENCING JUDGE | |
| | Honorable John C. Shabaz | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: January 4, 2008 | TO: January 3, 2011 |

| OFFENSE |
|---|
| Conspiracy to Distribute and Possess with Intent to Distribute MDMA, in violation of 21 U.S.C. §841(a)(1) |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_April 2, 2008_                           _Barbara B. Crabb_
Date                                       United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

MAY - 5 2008                               _James F. Holderman_
Effective Date                             United States District Judge

RECEIVED APR 07 2008