

**MICHAEL W. DOBBINS**

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

May 9, 2008

2008 MAY 15 PM 2:11

THERESA M. OWENS
CLERK US DIST COURT
WD OF WI

Dear Clerk:

Honorable Theresa M. Owens
Clerk/Magistrate
United States District Court
320 Robert W. Kastenmeier
 United States Courthouse
120 North Henry Street
Madison, WI 53703-4304

FILED

JUN 6 2008
June 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re:   USA vs. Travis Nadelhoffer

Our Case Number:  08 cr 365
Your Case Number: 03- CR - 075-S-01

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, Travis Nadelhoffer, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: _____
Yvette Pearson, Deputy Clerk

Enclosure

CLOSED

# U.S. District Court
## Western District of Wisconsin (Madison)
### CRIMINAL DOCKET FOR CASE #: 3:03-cr-00075-jcs All Defendants
### Internal Use Only

Case title: USA v. NADELHOFFER, TRAVIS                Date Filed: 09/02/2003

Assigned to: Judge John C Shabaz

**Defendant**

**Travis Nadelhoffer (1)**            represented by    Jonathan Carver Smith
                                                        1110 N. Old World Third Street
                                                        Suite 620
                                                        Milwaukee, WI 53203
                                                        414-273-0203
                                                        Email: jcskas@gmail.com
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

**Pending Counts**                                      **Disposition**

CONSPIRACY TO DISTRIBUTE
CONTROLLED SUBSTANCE                                    Convicted/final plea of guilty.
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                   Disposition  TRUE COPY, Certified
                                                                     JUN 3 2008
None                                                    _____
                                                        Theresa M. Owens, Clerk
                                                        U.S. District Court
**Highest Offense Level (Terminated)**                  Western District of Wisconsin

None                                                    By_____
                                                                    Deputy Clerk

**Complaints**                                          **Disposition**

None

Assigned to: Judge John C Shabaz

**Defendant**

**Adam Sorenson** (2)    represented by **William Ginsberg**
306 E. Wilson Street
P.O. Box 2095
Madison, WI 53701
608-256-7765
Email: mandellginsberglaw@tds.net
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts** | **Disposition**

CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE
(1) | Convicted/final plea of guilty.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

None

**Plaintiff**

USA    represented by **Jeffrey Anderson**
660 West Washington Avenue, #303
Madison, WI 53703
608-264-5158
Email: jeff.anderson@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/19/2003 | 1 | JS-45 (Entered: 06/19/2003) |

| | | |
|---|---|---|
| 11/12/2003 | 17 | CTRM. MIN: STCG.; 70 MOS. CBOP; 3 YRS. S.R.; $100 C.A.; NO FINE. 33 (Entered: 11/13/2003) |
| 11/12/2003 | 15 | MOTION BY GOVT. FOR DOWNWARD DEPARTURE RE: DEFT. SORENSON. (Entered: 11/12/2003) |
| 11/12/2003 | 16 | AFFIDAVIT OF JEFFREY M. ANDERSON. (Entered: 11/12/2003) |
| 11/12/2003 | 18 | CTRM. MIN: STCG.; 66 MOS CBOP; 3 YRS. S.R.; $100 C.A.; NO FINE. (Entered: 11/13/2003) |
| 11/14/2003 | 20 | JUDGMENT AND COMMITMENT ENTERED. CC MLD (Entered: 11/14/2003) |
| 11/14/2003 | 19 | JUDGMENT AND COMMITMENT ENTERED. CC MLD (Entered: 11/14/2003) |
| 12/15/2003 | 21 | JUDGMENT AND COMMITMENT WITH RETURN. (Entered: 12/15/2003) |
| 12/19/2003 | 22 | JUDGMENT AND COMMITMENT WITH RETURN. (Entered: 12/19/2003) |
| 12/24/2003 | 23 | ORDER DIRECTING TRANSFER OF DEFT. NADELHOFFER PASSPORT TO STATE DEPT. (SLC) CC MLD. (Entered: 12/24/2003) |
| 12/24/2003 | | DEFT. NADELHOFFER PASSPORT SENT TO STATE DEPT. (Entered: 01/05/2004) |
| 02/20/2004 | 24 | TRANSCRIPT OF SENTENCING, HELD 11/12/03. (Entered: 02/20/2004) |
| 03/09/2004 | 25 | PARTIAL SATISFACTION OF JUDGMENT (SORENSON/ASSESSMENT). (Entered: 03/09/2004) |
| 11/10/2004 | 26 | MOTION BY DEFT. NADELHOFFER UNDER 28 USC 2255 FOR MODIFICATION OF SENTENCE. (Entered: 11/12/2004) |
| 11/10/2004 | 27 | BRIEF IN SUPPORT OF DEFT. NADELHOFFER 2255 MOTION. (Entered: 11/12/2004) |
| 11/17/2004 | 28 | ORDER SETTING BRIEFING ON DEFT. NADELHOFFER 2255 MOTION; RESPONSE DUE 12/16/04; REPLY DUE 1/13/05. (Entered: 11/17/2004) |
| 11/17/2004 | | MATERIALS DELIVERED TO USMS FOR SERVICE. (Entered: 11/17/2004) |
| 11/29/2004 | 29 | USMS SERVICE RETURN RE: 2255 MOTION. (Entered: 11/29/2004) |
| 12/06/2004 | 30 | NOTICE OF APPEARANCE BY JONATHAN C. SMITH FOR DEFT. NADELHOFFER. (Entered: 12/06/2004) |

# United States District Court

## Western District Of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (for offenses committed on or after November 1, 1987) |
| V. | Case Number DOCKET # 03-CR-075-S-01 |
| TRAVIS NADELHOFFER | Defendant's Attorney: Lester A. Pines |

20

U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

NOV 1 4 2003

FILED
JOSEPH W. SKUPNIEWITZ, CLERK
CASE#

The defendant Travis Nadelhoffer pleaded guilty to Count 1 of the information.

ACCORDINGLY, the Court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute MDMA, a Schedule I Controlled Substance, in Violation of 21 U.S.C. § 841(a)(1), a Class C felony | April 2002 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

November 12, 2003
Date of Imposition of Judgment

JOHN C. SHABAZ
District Judge

November 13, 2003
Date Signed:

Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin
By _____
Deputy Clerk

CC: DEFT., USA, USM, PROBA.

Date 11/14/03

By _____

3 cert USPO
2 cert USMS

# IMPRISONMENT

Defendant is hereby committed to the custody of the United States Bureau of Prisons for imprisonment for a period of 70 months.

The Court makes the following recommendations to the Bureau of Prisons:

It is recommended that defendant serve at least the last 120 days of his confinement at a community corrections center with work release privileges but without home confinement.

# RETURN

**I have executed this judgment as follows:**

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy Marshal

# SUPERVISED RELEASE

Upon release from imprisonment, defendant shall be on supervised release for a term of three years.

Defendant shall report to the probation office in the district to which defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

Defendant shall not commit another federal, state, or local crime.

Defendant shall not illegally possess a controlled substance.

If defendant has been convicted of a felony, defendant shall not possess a firearm, destructive device, or other dangerous weapon while on supervised release.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Financial Penalties sheet of this judgment.

Defendant shall comply with the standard conditions that have been adopted by this court (set forth on the next page).

Defendant shall also comply with the following special conditions:

(1) Register with local law enforcement authorities and the state attorney general as directed by the U.S. probation officer;

(2) Abstain from the use of alcohol and not patronize any establishment where the principal item of sale is alcohol;

(3) Refrain from any association with drug users and sellers, and participate in a substance abuse treatment and testing as directed by the U.S. probation officer;

(4) Submit financial information as requested by the U. S. probation officer; and

(5) Submit his person, residence, office, or vehicle to a search, conducted by a U.S. probation officer at a reasonable time and in a reasonable manner, when the probation office has a suspicion of contraband or of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall advise any other residents that the premises he is occupying may be subject to searches pursuant to this condition.

## STANDARD CONDITIONS OF SUPERVISION

1) Defendant shall not leave the judicial district without the permission of the court or probation officer;

2) Defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) Defendant shall support his or her dependents and meet other family responsibilities;

5) Defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) Defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;

7) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances except as prescribed by a physician;

8) Defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) Defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) Defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) Defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) As directed by the probation officer, defendant shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm defendant's compliance with such notification requirement.

# CRIMINAL MONETARY PENALTIES

Defendant shall pay the following total financial penalties in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
|  | $100.00 | $0.00 | $0.00 |
| Total | $100.00 | $0.00 | $0.00 |

Pursuant to 18 U.S.C. § 3013, defendant is ordered to pay a criminal assessment in the amount of $100.00. The criminal assessment is to be paid immediately to the Clerk of Court for the Western District of Wisconsin.

The defendant has neither the present means nor the earning capacity to pay a fine under § 5E1.2(c) without impairing his ability to support himself upon release.

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order:
        (1) assessment;
        (2) restitution;
        (3) fine principal;
        (4) cost of prosecution;
        (5) interest;
        (6) penalties.

The total fine and other monetary penalties shall be due in full immediately unless otherwise stated elsewhere.

Unless the court has expressly ordered otherwise in the special instructions above, if the judgment imposes a period of imprisonment, payment of monetary penalties shall be due during the period of imprisonment.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No. 03 CR 075S |
| TRAVIS NADELHOFFER and ADAM SORENSON, | 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 846 |
| Defendants. | |

DOC NO
REC'D/FILED
2003 JUN 19 AM 11: 12
CLERK US DIST COURT
W.D. OF WI

A TRUE COPY, Certified
JUN 3 2008
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin

By_____
Deputy Clerk

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

From on about August 2001, the exact date unknown, to on or about April 2002, in the Western District of Wisconsin, the defendants,

TRAVIS NADELHOFFER
and ADAM SORENSON,

knowingly and intentionally conspired and agreed with each other, and with others known and unknown, to violate Title 21, United States Code, Section 841(a)(1), by agreeing knowingly and intentionally to distribute and to possess with intent to distribute substances containing 3, 4-Methylenedioxymethamphetamine (MDMA), commonly known as Ecstasy, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 846).

6-17-03
Date

J.B. VAN HOLLEN
United States Attorney

CC: DEFT., USA, USM, PROBA, Christensen, Ginsberg
Date 6-19-03

# Account Summary for NADELHOFFER, TRAVIS

Cases:

03-CR-00075-S-01

| Statement of Account | |
|---|---:|
| **SPECIAL ASSESSMENT** | |
| 11/12/2003 Judgment | 100.00 |
| 11/12/2003 Receipt # 45868 | -100.00 |
| Amount Paid In | 100.00 |
| Balance due | 0.00 |
| **Total Balance For NADELHOFFER, TRAVIS:** | **0.00** |

| No Victim Information |
|---|

## Funds Summary

### (Activity as of 06/03/2008)

| Fund | Paid by Deft. | Paid to Victim | Adjustments | To Be Paid to Victim |
|---|---|---|---|---|
| | | | | |