# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 08-CR-00365 |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | | Hon. Wayne R. Andersen |
| v. | | |
| TRAVIS NADELHOFFER, Defendant | | |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

(In the space below, enter the name of the party or parties being represented)

Travis Nadelhoffer, Defendant

NAME (Type or print)
Thomas M. Durkin

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/Thomas M. Durkin

FIRM
Mayer Brown, LLP

STREET ADDRESS
71 South Wacker Drive

CITY/STATE/ZIP
Chicago, Illinois 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3121687 | (312) 701-7997 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")     Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")     N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")     Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL X