IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08-CR-00365 |
| v. ) | Hon. Wayne R. Andersen |
| ) | |
| TRAVIS NADELHOFFER, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO ALLOW TRAVEL
OUTSIDE OF THE UNITED STATES**

Defendant Travis Nadelhoffer, by his attorneys, respectfully requests the Court to issue an order allowing him to travel outside of the United States for business during the time of his supervised release. Mr. Nadelhoffer's Probation Officer, Mary Malik, does not object to this motion. In further support thereof, Defendant states as follows:

1. Defendant was convicted of narcotics offenses in the Western District of Wisconsin and sentenced to a term of 70 months of incarceration. Upon release from prison, the Defendant was placed upon supervised release for a term of 3 years. That supervision was transferred to the Northern District of Illinois. One of the conditions of his supervised release is that he not leave the Northern District of Illinois without the permission of the Court.

2. Defendant wishes to travel outside of the United States for business. He works as a Senior Sales Engineer at Logical Information Machines, Inc. As part of his job, the Defendant assists the sales staff in demonstrating and setting up software and data management tools at the clients' sites. Defendant wishes to travel outside of the United States for the sole purpose of performing work at the clients' offices located outside of the United States.

3. Defendant has complied with all conditions of his supervised release.

4. Undersigned counsel has consulted with the Defendant's Probation Officer, Mary Malik, and she has no objection to this motion.

5. Defendant will notify his Probation Officer, Mary Malik, as directed, about his travel plans.

WHEREFORE, Defendant respectfully requests the Court to issue an order allowing him to travel outside of the United States for business during the time of his supervised release.

Dated: July 25, 2008                    Respectfully submitted,

                                        TRAVIS NADELHOFFER


                                        By: /s/ Thomas M. Durkin
                                            One of His Attorneys

Thomas M. Durkin
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-7997
(312) 706-8621

## CERTIFICATE OF SERVICE

I, Thomas Durkin, an attorney, certify that I caused a copy of the foregoing **Motion to Allow Travel Outside of the United States** was served on the following this 25th day of July, 2008:

Victoria Peters, Associate Chief,
Criminal Division
United States Attorneys' Office
Northern District of Illinois
219 South Dearborn Street
Suite 500
Chicago, Illinois 60604

Mary Malik
United States Probation Officer
Illinois Northern Probation Office
55 East Monroe Street
Chicago, Illinois 60603

                                                       s/ Thomas M. Durkin
                                                          Thomas M. Durkin

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | No. 08-CR-00365 |
| vs. )<br>) | Hon. Wayne R. Andersen |
| TRAVIS NADELHOFFER, )<br>)<br>Defendant. **)** | |

## **ORDER**

IT IS HEREBY ORDERED THAT Defendant Travis Nadelhoffer is allowed to travel outside of the United States during the time of his supervised release for the sole purpose of performing work at clients' offices as part of his employment.

ENTERED this _____ day of July, 2008.

_____
Honorable Wayne R. Andersen