IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08-CR-00365 |
| vs. ) | Hon. Wayne R. Andersen |
| ) | |
| TRAVIS NADELHOFFER, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

**TO: See Attached Service List**

    **PLEASE TAKE NOTICE,** that on Thursday, July 31, 2008, at 10:00 a.m., we shall appear before Judge Wayne R. Andersen in Room 1403 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion to Allow Travel Outside of the United States, a copy of which is attached hereto and hereby served upon you.

    Respectfully submitted,


    /s/ Thomas M. Durkin
    Thomas M. Durkin


Thomas M. Durkin
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-7997
(312) 706-8621

Attorney for Travis Nadelhoffer

## **CERTIFICATE OF SERVICE**

I, Thomas M. Durkin, an attorney, certify that I caused a copy of the foregoing **Notice of Motion, Motion to Allow Travel Outside of the United States and Draft Order** on the following this 25th day of July, 2008:

| | |
|---|---|
| Victoria Peters, Associate Chief,<br>Criminal Division<br>United States Attorneys' Office<br>Northern District of Illinois<br>219 South Dearborn Street<br>Suite 500<br>Chicago, Illinois 60604 | Mary Malik<br>United States Probation Officer<br>Illinois Northern Probation Office<br>55 East Monroe Street<br>Chicago, Illinois 60603 |

                                            s/ Thomas M. Durkin
                                              Thomas M. Durkin